```
                    UNITED STATES BANKRUPTCY COURT
                       MIDDLE DISTRICT OF ALABAMA
```

In re                                                          Case No. 21−31087
                                                               Chapter 13
Shelia Michelle Scott ,

     Debtor.

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

     PLEASE TAKE NOTICE that the confirmation hearing is **rescheduled** for **September 30, 2021** at **11:00 AM** at **Phone: (877) 336−1839, Participant Code: 9617616, Host: Bill Livingston**.

Dated September 3, 2021

Juan−Carlos Guerrero
Clerk of Court

In re:  
Shelia Michelle Scott  
    Debtor

Case No. 21-31087-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 03, 2021      Form ID: nhrgCONF      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelia Michelle Scott, 61 Turner Place, Montgomery, AL 36109, US 36109-2126 |
| 4579165 | | Caine & Weiner, P.O. Box 55848, Woodland Hills, CA 91365-0000 |
| 4579171 | | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4579172 | ++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601 address filed with court:, Guardian Credit Union, 418 MADISON AVE, Montgomery, AL 36104 |
| 4579175 | + | Pine Oaks Apartments, c/o Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4579177 | + | Small Loans, Inc, 114 South Broad Street, Bainbridge, GA 39817-3614 |
| 4579179 | | US Dept of Education, 3130 Fairview Park Drive Suite 800, Chesapeake, VA 23323-0000 |
| 4581932 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4583364 | + | Email/Text: G2APCBANK@southernco.com | Sep 03 2021 20:18:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 4579166 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 03 2021 20:36:22 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 4582201 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 03 2021 20:36:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4579169 | + | Email/Text: bknotice@ercbpo.com | Sep 03 2021 20:19:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 4579173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2021 20:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4579174 | + | Email/Text: bankruptcy@ncaks.com | Sep 03 2021 20:18:00 | NCA, PO Box 550, Hutchinson, KS 67504-0550 |
| 4589433 | | Email/Text: bankruptcy@ncaks.com | Sep 03 2021 20:18:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 4584067 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2021 20:19:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4579168 | | Email/Text: smbk@heightsfinance.com | Sep 03 2021 20:18:00 | Covington Credit, 543 N Eastern Blvd, Montgomery, AL 36117 |
| 4579176 | + | Email/Text: bankruptcy@sccompanies.com | Sep 03 2021 20:19:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4579178 | + | Email/Text: bankruptcy@sccompanies.com | | |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 03 2021 20:19:00 | Swiss Colony, 1515 S 21ST ST, Clinton, IA 52732-6676 |
| 4579180 | | Email/Text: vci.bkcy@vwcredit.com | Sep 03 2021 20:19:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 4579181 | + | Email/PDF: bk@worldacceptance.com | Sep 03 2021 20:36:23 | World Acceptance, PO Box 620, Trussville, AL 35173-0620 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PINE OAKS APARTMENTS, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4579170 | *+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 4579167 | ##+ | Carrie Carter, Carter Construction LLC, 4100 Birmingham Hwy, Montgomery, AL 36108-1131 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Gregory E Tolar | on behalf of Debtor Shelia Michelle Scott tolarbknotices@gmail.com millbrooktolar@gmail.com;r50878@notify.bestcase.com;tolarigotnotices@gmail.com;prattvilleigotnotices@gmail.com;auburnigotnotices@gmail.com;tolartolar@jubileebk.net |
| Larry E. Darby, Esq | on behalf of Creditor PINE OAKS APARTMENTS LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4